UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JAMES RAMSEY,                           )
                                        )
                Petitioner,             )
                                        )
        v.                              )    Civil Action No. 07-0433 (PLF)
                                        )
EDWARD F. REILLY,                       )
   Chairman, United States Parole       )
   Commission,                          )
                                        )
                Respondent.[1]          )
_____)

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition for a writ of *coram nobis* or, in the alternative, for

*habeas corpus* [1] is DENIED; and it is

FURTHER ORDERED that all other pending motions are DENIED as moot; and

it is

FURTHER ORDERED that this civil action is DISMISSED. This is a final

appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.


                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE: May 4, 2009

_____

[1]      The Court has substituted as the defendant Edward F. Reilly, Jr., the current
Chairman of the United States Parole Commission, for former Chairman Michael J. Gaines
pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.